| | |
|---|---|
| 1 | WENDY YORK (State Bar No. 166864) |
|   | JENNIFER B. EULER (State Bar No. 232378) |
| 2 | YORK LAW CORPORATION |
|   | 1111 Exposition Boulevard, Building 500 |
| 3 | Sacramento, CA  95815 |
|   | Telephone:  (916) 643-2200 |
| 4 | Facsimile:  (916) 643-4680 |
|   | Email:        wyork@yorklawcorp.com |
| 5 |               jeuler@yorklawcorp.com |
| 6 | Attorneys for Plaintiff |
|   | ROBERT WATTS |
| 7 | |
| 8 | MARK HANOVER (*Pro Hoc Vice*) |
|   | SONIA MARTIN (State Bar No. 191148) |
| 9 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   | 2121 North California Blvd., Suite 800 |
| 10 | Walnut Creek, CA  94596 |
|    | Telephone: (925) 949-2600 |
| 11 | Facsimile:  (925) 949-2610 |
|    | Email:        smartin@sonnenschein.com |
| 12 |               mhanover@sonnenschein.com |
| 13 | Attorneys for Defendants |
|    | ALLSTATE INDEMNITY COMPANY, |
| 14 | ALLSTATE INSURANCE COMPANY, and |
|    | ALLSTATE PROPERTY AND CASUALTY |
| 15 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | | |
| 20 | ROBERT WATTS, on behalf of himself individually and all other similarly situated, | No. CV 081236 |
| 21 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE COMPLIANCE WITH JUNE 17, 2008 ORDER |
| 22 | vs. | |
| 23 | ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

-1-

1. Plaintiff Robert Watts and defendant Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court issued an Order on June 17, 2008, directing the parties to "meet and confer" concerning various topics and to file a certification of compliance by June 27, 2008;

WHEREAS, the parties have been unable to arrange a mutually agreeable time to "meet and confer" because plaintiff's counsel is in a binding arbitration through Thursday, June 26, 2007, and Allstate's counsel is unavailable on Friday, June 27, 2008 due to a previously-scheduled family commitment;

IT IS HEREBY STIPULATED that, with the Court's approval, the parties' deadline to comply with the June 17, 2008 Order shall be extended by two weeks, to July 11, 2008.

IT IS SO STIPULATED

Respectfully submitted,

Dated: June 25, 2008        YORK LAW CORPORATION

By _____/s/_____
JENNIFER B. EULER
Attorneys for Plaintiff ROBERT WATTS

Dated: June 25, 2008        SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/_____
SONIA MARTIN
Attorneys for Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

IT IS SO ORDERED.

7/1/08

_Saundra B. Armstrong_
Honorable Saundra Brown Armstrong
U.S. District Court Judge