UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

                       NO. CIV. S-08-1877 LKK/GGH

    Plaintiff,

  v.

                       O R D E R

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

    Defendants.

_____/

    This case was transferred from the Northern District of California on August 12, 2008. At the time, there was an outstanding motion to dismiss or, alternatively, to stay. Hearing on that motion is SET for November 17, 2008 at 10:00 AM in Courtroom 4.

    IT IS SO ORDERED.

    DATED: October 20, 2008.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
1   UNITED STATES DISTRICT COURT