UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

                              NO. CIV. S-08-1877 LKK/GGH

    Plaintiff,

  v.

                              O R D E R

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

    Defendants.

_____/

    Pending before the court are defendants' motion to dismiss plaintiff's complaint, motion to strike portions of the complaint, and motion for a stay pending appraisal, currently set to be heard on January 30, 2009. Due to court congestion, the court CONTINUES the hearing to March 9, 2009 at 10:00 AM.

    IT IS SO ORDERED.

    DATED: January 28, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT