| 1 | WENDY C. YORK (State Bar No. 166864)
JENNIFER EULER (State Bar No.232378)
| 2 | YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
| 3 | Sacramento, CA 95815
Telephone: (916) 643-2200
| 4 | Facsimile: (916) 643-4680

| 5 | Attorneys for Plaintiff and the Class

| 6 |
| 7 | MARK HANOVER (*Pro Hac Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
| 8 | 525 Market Street, 26th Floor
San Francisco, CA 94105-2708
| 9 | Telephone: (415) 882-5000
Facsimile: (415) 882-0300
| 10 | Email: smartin@sonnenschein.com

| 11 | Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
| 12 | ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
| 13 | INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT WATTS, on behalf of himself individually and all others similarly situated, | No. S 08 1877 LLK/GGH |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS BY ONE WEEK |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Allstate's motion to dismiss portions of plaintiff's second amended complaint currently is scheduled for hearing on June 15, 2009;

WHEREAS, Allstate's counsel learned today that she will need to travel to Chicago, Illinois for a business meeting on June 15, 2009;

WHEREAS, a one week continuance of the hearing on Allstate's motion will result in no prejudice to any party;

IT IS HEREBY STIPULATED AND AGREED that the hearing on Allstate's motion to dismiss should be continued by one week to June 29, 2009.

IT IS SO STIPULATED.

Dated: May __, 2009     YORK LAW CORPORATION

By: /s/Jennifer Euler _____

WENDY C. YORK
JENNIFER EULER

Attorneys For Plaintiff and the Class

Dated:: May 28, 2009     SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/Sonia Martin_____

SONIA MARTIN

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

IT IS SO ORDERED.

Dated: May 28, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

PDF created with pdfFactory trial version www.pdffactory.com