IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS,

      Plaintiff,                                 CIV. NO. S- 08-1877 LKK GGH

      vs.

ALLSTATE INDEMNITY COMPANY, et al.,

      Defendants.                           ORDER

_____/

        On September 4, 2009[1], defendants filed an ex parte application for order shortening time to hear their motion to compel discovery responses. They request a hearing on September 10, 2009, before the undersigned. Their request is based on the looming September 15, 2009 discovery cutoff, and that plaintiffs have refused to respond to discovery requests served on July 28, 2009.

        This court will deny defendants' application due to their seemingly dilatory tactics in propounding discovery near the eve of the discovery deadline. Moreover, since there has not been a total failure to respond, the discovery motion requires the preparation of a joint statement of discovery disputes. E.D. Cal. Local Rule 37-251. There appears to be no time in which to put this document together.

---

[1] The application was filed at 4:42 p.m.

1

1       If the district court grants defendants' motion to modify the scheduling order,
2 defendants may place their motion on this court's calendar by filing a joint statement pursuant to
3 E.D. Cal. Local Rule 37-251, five business days prior to the hearing.
4       Accordingly, IT IS ORDERED that:
5       1. Defendants' ex parte application to shorten time, filed September 4, 2009, is
6 denied.
7       2. Defendants' motion to compel discovery responses, filed September 4, 2009, is
8 vacated without prejudice.
9 DATED: September 8, 2009

                                     /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                U. S. MAGISTRATE JUDGE

GGH:076:Watts1877.vac.wpd