UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

        Plaintiff,

   v.

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

        Defendants.
_____/

NO. CIV. S-08-1877 LKK/GGH

O R D E R

Pursuant to the telephonic hearing conducted on September 14, 2009, the court VACATES the scheduling order issued on January 22, 2009 in the above-captioned case, Doc. No. 59. In so doing, the court GRANTS plaintiff's motion to modify the scheduling order, Doc. No. 90. The parties SHALL proceed with discovery related to class certification, and SHALL re-notice the motions to compel that have been filed with the magistrate and denied without prejudice to refiling pending this court's resolution of the motion to modify the scheduling order, Doc. Nos. 83, 99, and 114. Each party SHALL

1

notify this court once those motions have been resolved.  At that time, the court will set a further scheduling conference.  The parties are advised to formulate, either separately or by joint stipulation, specific proposals for a new scheduling order prior to said conference.

IT IS SO ORDERED.

DATED: September 16, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT