UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

        NO. CIV. S-08-1877 LKK/GGH

    Plaintiff,

  v.

        O R D E R

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

    Defendants.

_____/

    On September 4, 2009, plaintiffs filed a motion seeking modification of the scheduling order in the above-captioned matter. Plaintiffs argued that because defendants had refused to respond to discovery requests relating to class certification, plaintiffs would be unable to file a motion for class certification at the time required by the scheduling order as it stood at that time.

    After a status conference held on September 14, 2009, the court vacated the existing scheduling order. Order filed Sept. 16, 2009 (Dkt. No. 130). That order provided that:

1

        The parties SHALL proceed with discovery related to class certification, and SHALL re-notice the motions to compel that have been filed with the magistrate and denied without prejudice to refiling pending this court's resolution of the motion to modify the scheduling order, Doc. Nos. 83, 99, and 114. Each party SHALL notify this court once those motions have been resolved.

Nine months have elapsed, and the docket indicates that these motions to compel have not been refiled. Indeed, the docket indicates no other activity in this case.

    Accordingly, the court SETS a status conference for July 26, 2010 at 2:00 p.m. The parties SHALL file status reports no later than fourteen (14) days before the status conference.

    IT IS SO ORDERED.

    DATED: June 11, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT