UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

        Plaintiff,

   v.

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

        Defendants.
_____/

NO. CIV. S-08-1877 LKK/GGH

O R D E R

Pursuant to the status conference held on July 26, 2010, the scheduling order is AMENDED as follows:

1.   All non-expert, class discovery shall be conducted so as to be completed no later that December 15, 2010. All motions to compel non-expert, class discovery shall be filed such that they will be heard no later than November 15, 2010.

2.   Plaintiff's class expert disclosures are due February 15, 2011.

1

3. Defendants' class expert disclosures are due March 30, 2011.
4. Plaintiff shall file his motion for class certification by April 30, 2011. The motion shall be heard on the court's regular Law and Motion calendar.
5. All non-class discovery shall be conducted so as to be completed no later than December 15, 2011. All motions to compel non-class discovery shall be filed such that they will be heard no later than November 15, 2011.
6. All Law and Motion matters shall be filed so as to be heard no later than February 15, 2012.
7. The final pretrial conference is set for May 14, 2012 at 1:30 p.m.
8. The trial is estimated for twenty days, and is set for August 14, 2012.

IT IS SO ORDERED.

DATED: July 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT