WENDY YORK (State Bar No. 166864)
JENNIFER B. EULER (State Bar No. 232378)
YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
Sacramento, CA  95815
Telephone:  (916) 643-2200
Facsimile:  (916) 643-4680
Email:        wyork@yorklawcorp.com
                    jeuler@yorklawcorp.com

Attorneys for Plaintiff
ROBERT WATTS


MARK HANOVER (*Pro Hoc Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:        smartin@sonnenschein.com
                    mhanover@sonnenschein.com

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all other similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO.:  2:08-CV-01877-LKK-GGH<br><br>**STIPULATION AND ORDER TO MODIFY THE COURT'S JULY 28, 2010 SCHEDULING ORDER**<br><br>Place:     Courtroom 4, 15th Floor<br>Judge:    Hon. Lawrence K. Karlton |

1    Plaintiff Robert Watts and defendant Allstate Insurance Company, by and through their

2    respective counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, the Court issued an Order on July 28, 2010, stating therein, "All non-expert

4    class discovery shall be conducted so as to be completed no later than December 15, 2010.  All

5    motions to compel non-expert, class discovery shall be filed such that they are heard no later than

6    November 15, 2010."

7    WHEREAS, the parties have been engaged in the discovery process for purposes of filing

8    and opposing a motion for class certification;

9    WHEREAS, the parties have had discovery disputes which they have worked together to

10   resolve;

11   WHEREAS, the parties continue to have discovery disputes that they are attempting to

12   resolve without further court intervention;

13   WHEREAS, the deposition of Tina Parker was scheduled for November 18, 2010, however

14   the weekend proceeding the deposition, Ms. Parker suffered an injury/illness requiring a trip to the

15   Emergency Room making Ms. Parker unavailable to have her deposition taken until some unknown

16   date in December;

17   WHEREAS, the parties anticipate, with each other's cooperation, being able to complete

18   discovery referenced in paragraph one of the Court's July 28, 2010 Order by January 29, 2011;

19   IT IS HEREBY STIPULATED that, with the Court's approval, the parties' discovery cut off

20   date pertaining to the discovery referenced in paragraph one of the Court's July 28, 2010 Order is to

21   be extended to January 29, 2011.

22   IT IS SO STIPULATED

23                                    Respectfully submitted,

24   Dated: November 30, 2010           YORK LAW CORPORATION

25

26

27                                    By/s/ _____
                                          JENNIFER B. EULER
28                                        Attorneys for Plaintiff ROBERT WATTS

1    Dated: November 30, 2010                    SONNENSCHEIN NATH & ROSENTHAL LLP

2

3
                                                By /s/_____
4                                                  SONIA MARTIN
                                                Attorneys for Attorneys for Defendants
5                                               ALLSTATE INDEMNITY COMPANY,
                                                ALLSTATE INSURANCE COMPANY, and
6                                               ALLSTATE PROPERTY AND CASUALTY
                                                INSURANCE COMPANY
7

8    IT IS SO ORDERED.

9

10   Dated:  December 1, 2010

11

12

13

14   LAWRENCE K. KARLTON
     SENIOR JUDGE
15   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE COURT'S JULY 28, 2010 ORDER