UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

                              NO. CIV. S-08-1877 LKK/GGH

      Plaintiff,

  v.

                                  O R D E R

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

      Defendants.

                               /

    Defendants' motion for summary judgment in the above captioned case is set to be heard on May 9, 2011. Pursuant to the court's July 29, 2010 order modifying the scheduling order, plaintiff's motion for class certification is currently due to be filed by April 30, 2011. On April 21, 2011, plaintiff filed an ex parte application to modify the scheduling order in this case so that he will have more time to file his motion for class certification. On April 22, 2011, defendants filed an opposition to the application, yet explained the circumstances under which they would be amenable

1

1  to continuing the deadline.

2  Under the circumstances of this case, the court finds that it
3  is proper to vacate the deadline for plaintiff to file a motion for
4  class certification pending its decision on defendants' motion for
5  summary judgment.[1]

6  For the foregoing reasons, the court HEREBY ORDERS that
7  plaintiff's deadline for filing his motion for class certification
8  is VACATED. Following resolution of defendants' motion for summary
9  judgment, the court shall, if appropriate, set a new deadline for
10 plaintiff to move for class certification.

11 IT IS SO ORDERED.

12 DATED: April 26, 2011.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

---

[1] The court notes that it does not find that plaintiff had good cause to modify the scheduling order. Rather, it appears to the court that vacating the deadline should promote the efficient resolution of this matter.

2