WENDY C. YORK (State Bar No. 166864)
JENNIFER B. EULER (State Bar No. 232378)
YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
Sacramento, CA  95815
Telephone:  (916) 643-2200
Facsimile:  (916) 643-4680
Email:      wyork@yorklawcorp.com
            jeuler@yorklawcorp.com

KIMBERLY A. KRALOWEC, (State Bar No. 163158)
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:  (415) 546-6800
Facsimile:   (415) 546-6801
Email:      kkralowec@kralowec law.com

Attorneys for Plaintiff
ROBERT WATTS


MARK HANOVER (*Pro Hoc Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:      smartin@sonnenschein.com
            mhanover@sonnenschein.com

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois | CASE NO.:  2:08-CV-01877-LKK-GGH<br><br>**STIPULATION AND  ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS**<br><br>Place:    Courtroom 4, 15th Floor<br>Judge:    Hon. Lawrence K. Karlton |

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS
AND MOTION TO TAX COSTS

| | |
|---|---|
| 1 | corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Plaintiff Robert Watts and Defendants Allstate, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment in the present action on May 12, 2011 against Robert Watts;

WHEREAS, Defendants filed a Bill of Costs on May 26, 2011 pursuant to Local Rule 292;

WHEREAS, Plaintiff will file objections to Defendants' Bill of Costs;

WHEREAS, Plaintiff contends he must file objections to Defendants' Bill of Costs by June 2, 2011;

WHEREAS, the parties met and conferred regarding Plaintiff's deadline to object to Defendants' Bill of Costs and deadline to file a motion to tax costs;

WHEREAS, Defendants do not oppose Plaintiff's request that the Court extend Plaintiff's deadline(s) to file said objections and/or motion by forty-five days;

WHEREAS, Federal Rule of Civil Procedure Rule 6(b) allows the Court to extend time, for good cause, if the request to extend time is made before the original time expires;

IT IS HEREBY STIPULATED that, with the Court's approval, Plaintiff may object to Defendants' Bill of Costs and file a motion to tax costs up to and including July 18, 2011.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 31, 2011                    YORK LAW CORPORATION


By /s/ _____
   WENDY C. YORK
   JENNIFER B. EULER
   Attorneys for Plaintiff ROBERT WATTS

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS

Dated: May 31, 2011                         SONNENSCHEIN NATH & ROSENTHAL LLP


                                            By /s/ _____
                                              SONIA MARTIN
                                              Attorneys for Attorneys for Defendants
                                              ALLSTATE INDEMNITY COMPANY,
                                              ALLSTATE INSURANCE COMPANY, and
                                              ALLSTATE PROPERTY AND CASUALTY
                                              INSURANCE COMPANY

IT IS SO ORDERED.

Dated:  June 2, 2011.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT