JENNIFER B. EULER, SBN 232378
**YORK LAW CORPORATION**
1111 Exposition Blvd., Bldg. 500
Sacramento, California 95815
Telephone: (916) 643-2200
Facsimile:  (916) 643-4680

KIMBERLY A. KRALOWEC, SBN 163158
ELIZABETH I. NEWMAN, SBN 257329
**THE KRALOWEC LAW GROUP**
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 546-6800
Facsimile:  (415) 546-6801

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: S-08-1877 LKK/GGH<br><br>**NOTICE OF MOTIONS AND MOTIONS FOR (1) RELIEF FROM AN ORDER AND FINAL JUDGMENT (FED. R. CIV. P. 60(b)); (2) LEAVE TO FILE A CORRECTED STATEMENT OF DISPUTED MATERIAL FACTS (FED. R. CIV. P. 56(e)); AND/OR (3) RECONSIDERATION (E.D. CAL. LOCAL RULE 230(j))**<br><br>Date:    July 18, 2011<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 4, 15th Floor<br>Before:  Hon. Lawrence K. Karlton |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 18, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 4 of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 "I" Street, Sacramento, California, plaintiff Robert Watts, on behalf of himself and all others similarly situated, will move and hereby does move:

(1) for relief from the Court's Order entered 05/12/11 (Dock. No. 255) and the ensuing Judgment entered 05/12/11 (Dock. No. 256) under Federal Rule of Civil Procedure 60(b);

(2) for leave to file a Corrected Statement of Disputed Material Facts in Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment under Federal Rule of Civil Procedure 56(e); and/or

(3) for reconsideration of the Order and Judgment entered 05/12/11 (Doc. Nos. 255 and 256) under E.D. Cal. Local Rule 230(j).

The motions are brought on the grounds that the Order and Judgment (Dock. Nos. 255 and 256) would not have been entered but for the inadvertent and excusable neglect of plaintiff's counsel in omitting important citations from their original Statement of Disputed Material Facts and in failing to properly authenticate and attach all relevant evidence creating triable issues of material fact that would have defeated the summary judgment motion. *See* Fed. R. Civ. P. 60(b)(1); E.D. Cal. Local Rule 230(j). The motions are brought on the further grounds that newly discovered evidence creates a triable issue of material fact that would have prevented the Order and Judgment (Dock. Nos. 255 and 256) from being entered. *See* Fed. R. Civ. P. 60(b)(2); E.D. Cal. Local Rule 230(j). The motions are further brought on the grounds that the initial decision granting summary judgment (*i.e.*, the Order and Judgment (Dock. Nos. 255 and 256)) was manifestly unjust and should be vacated to prevent a miscarriage of justice. The motions are further brought on the grounds that clear error was committed in granting summary judgment and entering the Order and Judgment (Dock. No. 255 and 256).

The motions are timely brought within 28 days of entry of the challenged Order and Judgment. Fed. R. Civ. P. 60(c)(1) (requiring that motion be filed "within a reasonable time ... and no more than a year after the entry of the judgment").

Pursuant to E.D. Cal. Local Rule 230(j), plaintiff states that: (1) the summary judgment motion was filed on April 8, 2011 and heard on May 9, 2011 before the Honorable Lawrence K. Karlton; (2) the prior motion was granted in its entirety (Order filed 05/12/11 (Dock. No. 255)); (3) the prior motion was granted due to inadvertent and excusable omissions in plaintiff's original Statement of Disputed Material Facts and failure to properly authenticate and attach all relevant evidence; (4) the new and different facts and circumstances that exist now but did not exist or were not shown previously are those revealed in the deposition of defendants' designated expert, Mr. Robert Lange, who testified that if the service manual is silent on the subject of seat belt replacement, the owner's manual should be considered; and (5) Mr. Lange was not produced for deposition until May 2, 2011, after plaintiff's opposition to the summary judgment motion was due and filed on April 25, 2011, and the transcript of his deposition was not available until May 24, 2011, after the Court had already ruled on the motion; plaintiff's counsel exercised due diligence in attempting to promptly obtain Mr. Lange's deposition testimony; and the testimony could not have been obtained earlier through the exercise of greater due diligence.

The motions shall be based on this Notice; on the accompanying Memorandum of Points and Authorities; on the accompanying Declarations of Wendy C. York and Jennifer B. Euler; on the accompanying proposed Corrected Statement of Disputed Material Facts; on the accompanying proposed Corrected Response to Defendants' Separate Statement of Undisputed Material Facts; on

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1  all pleadings, records, and documents on file in this action, and on such further evidence and
2  argument as may be presented in support of the motions at the hearing or otherwise.

3  Dated: June 9, 2011                                                Respectfully submitted,

5                                                              By: _____Wendy C. York_____
                                                                    Wendy C. York (SBN 166864)
6                                                                   Jennifer B. Euler (SBN 232378)
                                                                    YORK LAW CORPORATION

8                                                                   Kimberly A. Kralowec (SBN 163158)
                                                                    Elizabeth I. Newman (SBN 257329)
9                                                                   THE KRALOWEC LAW GROUP

10                                                                  Attorneys for Plaintiff Robert Watts and the
                                                                    Putative Class

| | |
|---|---|
| COURT: | United States District Court for the Eastern District of California |
| CASE NO.: | 2:08-CV-01877-LKK-GGH |
| CASE NAME: | Robert Watts v. Allstate Indemnity Company, et al. |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On June 9, 2011, I caused the within, NOTICE OF MOITIONS AND MOTIONS FOR (1) RELIEF FROM AN ORDER AND FINAL JUDGMENT (FED. R. CIV. P. 60(b)); (2) LEAVE TO FILE A CORRECTED STATEMENT OF DISPUTED MATERIAL FACTS (FED. R.CIV. P. 56(e)); AND/OR (3) RECONSIDERATION (E.D. CAL. LOCAL RULE 230(j)), to be served via

**XX    By E-Mail / Electronic Transmission--**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Sonia Martin, Esq.
SNR Denton US LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
SNR Denton US LLP
7800 Sears Tower, 233 South Wacker Dr.
Chicago, IL 60606-6404

Kimberly A. Kralowec
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, California 94105

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on June 9, 2011 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Kristine McFadden*
Kristine McFadden

Proof Of Service - 1