1  WENDY C. YORK (State Bar No. 166864)
   JENNIFER EULER (State Bar No. 232378)
2  YORK LAW CORPORATION
   1111 Exposition Boulevard, Building 500
3  Sacramento, CA  95815
   Telephone:  (916) 643-2200
4  Facsimile:  (916) 643-4680

5  Attorneys for Plaintiff ROBERT WATTS

6

7  MARK HANOVER (*Pro Hac Vice*)
   SONIA MARTIN (State Bar No. 191148)
   SNR DENTON US LLP
8  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
9  Telephone: (415) 882-5000
   Facsimile: (415) 882-0300

10

11 Attorneys for Defendants
   ALLSTATE INDEMNITY COMPANY, ALLSTATE
   INSURANCE COMPANY, and ALLSTATE PROPERTY
12 AND CASUALTY INSURANCE COMPANY

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16                           SACRAMENTO DIVISION

17

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:08-cv-01877-LKK-KJN<br><br>STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES AND HEARING ON PLAINTIFF'S MOTIONS FOR RELIEF FROM JUDGMENT |

**STIPULATION**

Plaintiff Robert Watts ("Plaintiff") and defendants Allstate Insurance Company, Allstate Indemnity Company and Allstate Property & Casualty Insurance Company (collectively, "Allstate"), by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Allstate's oppositions to Plaintiff's (1) Motions for a New Trial, to Alter or Amend the Judgment, and/or for Reconsideration (Docket Entry Nos. 260-265); and (2) Motions for Relief from an Order and Final Judgment, Leave to File a Corrected Statement of Disputed Material Facts, and/or Reconsideration (Docket Entry Nos. 266-271) (collectively, "Plaintiff's Motions for Relief from Judgment") are currently due on July 1, 2011;

WHEREAS, Allstate's counsel, Sonia Martin, will be out of the country for two weeks on a pre-planned vacation from Sunday, June 12, to Sunday, June 26, and will not return to the office until Monday, June 27 (four days before the current opposition deadline);

WHEREAS, an extension of the briefing deadlines and hearing date on Plaintiff's Motions for Relief from Judgment will result in no prejudice to any party;

IT IS HEREBY STIPULATED AND AGREED as follows:

| | |
|---|---|
| Allstate's opposition deadline: | July 18, 2011 |
| Plaintiff's reply deadline: | August 1, 2011 |
| Hearing date on Plaintiff's Motions: | August 15, 2011 at 10:00 a.m. |

IT IS SO STIPULATED.

Dated: June 10, 2011               YORK LAW CORPORATION

By:  /s/ Wendy York
     WENDY C. YORK
     JENNIFER EULER

Attorneys For Plaintiff ROBERT WATTS

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Dated: June 10, 2011                    SNR DENTON US LLP


By:  _____/s/ Sonia Martin_____
           SONIA MARTIN

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY


**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2011.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT