WENDY C. YORK (State Bar No. 166864)
JENNIFER B. EULER (State Bar No. 232378)
YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
Sacramento, CA  95815
Telephone:  (916) 643-2200
Facsimile:  (916) 643-4680
Email:       wyork@yorklawcorp.com
             jeuler@yorklawcorp.com

KIMBERLY A. KRALOWEC, (State Bar No. 163158)
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:  (415) 546-6800
Facsimile:  (415) 546-6801
Email:       kkralowec@kraloweclaw.com

Attorneys for Plaintiff
ROBERT WATTS


MARK HANOVER (*Pro Hoc Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:       smartin@sonnenschein.com
             mhanover@sonnenschein.com

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all other similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois | CASE NO.:  2:08-CV-01877-LKK-GGH <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS** <br><br> Place:   Courtroom 4, 15th Floor <br> Judge:   Hon. Lawrence K. Karlton |

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS
AND MOTION TO TAX COSTS

corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,

   Defendants.

Plaintiff Robert Watts and Defendants Allstate, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment in the present action on May 12, 2011 against Robert Watts;

WHEREAS, Defendants filed a Bill of Costs on May 26, 2011 pursuant to Local Rule 292;

WHEREAS, Plaintiff will file objections to Defendants' Bill of Costs;

WHEREAS, the parties entered into a stipulation to extend Plaintiff's deadline to file his objections and motion to tax costs on May 31, 2011;

WHEREAS, this Court signed the stipulation on June 2, 2011 extending Plaintiff's deadline to July 18, 2011;

WHEREAS, Plaintiff subsequently filed a motion for a new trial which is scheduled to be heard August 15, 2011;

WHEREAS, Defendants do not oppose Plaintiff's request that the Court extend Plaintiff's deadline(s) to file said objections and/or motion until September 15, 2011;

WHEREAS, Federal Rule of Civil Procedure Rule 6(b) allows the Court to extend time, for good cause, if the request to extend time is made before the original time expires;

IT IS HEREBY STIPULATED that, with the Court's approval, Plaintiff may object to Defendants' Bill of Costs and file a motion to tax costs up to and including September 15, 2011.

   IT IS SO STIPULATED.

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: July 14, 2011 | YORK LAW CORPORATION |
|     | By: /s/ _____ <br>    WENDY C. YORK <br>    JENNIFER B. EULER <br>   Attorneys for Plaintiff ROBERT WATTS |
| Dated: July 14, 2011 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|     | By**/s/** _____ <br>    SONIA MARTIN <br>   Attorneys for Attorneys for Defendants <br>   ALLSTATE INDEMNITY COMPANY, <br>   ALLSTATE INSURANCE COMPANY, and <br>   ALLSTATE PROPERTY AND CASUALTY <br>   INSURANCE COMPANY |

    IT IS SO ORDERED.

Dated: July 18, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT