1  WENDY C. YORK (State Bar No. 166864)
   JENNIFER B. EULER (State Bar No. 232378)
2  YORK LAW CORPORATION
   1111 Exposition Boulevard, Building 500
3  Sacramento, CA  95815
   Telephone:  (916) 643-2200
4  Facsimile:  (916) 643-4680
   Email:       wyork@yorklawcorp.com
5              jeuler@yorklawcorp.com

6  KIMBERLY A. KRALOWEC, (State Bar No. 163158)
   THE KRALOWEC LAW GROUP
7  188 The Embarcadero, Suite 800
   San Francisco, California 94105
8  Telephone:  (415) 546-6800
   Facsimile:   (415) 546-6801
9  Email:       kkralowec@kraloweclaw.com

10 Attorneys for Plaintiff
   ROBERT WATTS
11

12 MARK HANOVER (*Pro Hoc Vice*)
   SONIA MARTIN (State Bar No. 191148)
13 SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 North California Blvd., Suite 800
14 Walnut Creek, CA  94596
   Telephone: (925) 949-2600
15 Facsimile:  (925) 949-2610
   Email:       smartin@sonnenschein.com
16             mhanover@sonnenschein.com

17 Attorneys for Defendants
   ALLSTATE INDEMNITY COMPANY,
18 ALLSTATE INSURANCE COMPANY, and
   ALLSTATE PROPERTY AND CASUALTY
19 INSURANCE COMPANY

20                UNITED STATES DISTRICT COURT

21                EASTERN DISTRICT OF CALIFORNIA

22                    SACRAMENTO DIVISION

23

24 ROBERT WATTS, on behalf of himself          CASE NO.:  2:08-CV-01877-LKK-KJN
   individually and all other similarly situated,
25                                             **STIPULATION AND ORDER TO EXTEND
         Plaintiff,                            PLAINTIFF'S DEADLINE TO FILE
26                                             OBJECTIONS AND MOTION TO TAX
      vs.                                      COSTS**
27
   ALLSTATE INDEMNITY COMPANY, an              Place:   Courtroom 4, 15th Floor
28 Illinois corporation, ALLSTATE              Judge:   Hon. Lawrence K. Karlton
   INSURANCE COMPANY, an Illinois

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS
AND MOTION TO TAX COSTS

corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,

    Defendants.

Plaintiff Robert Watts and Defendants Allstate, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Court entered judgment in the present action on May 12, 2011 against Robert Watts;

WHEREAS, Defendants filed a Bill of Costs on May 26, 2011 pursuant to Local Rule 292;

WHEREAS, Plaintiff will file objections to Defendants' Bill of Costs;

WHEREAS, the parties entered into a stipulation to extend Plaintiff's deadline to file his objections and motion to tax costs on September 15, 2011;

WHEREAS, this Court signed the stipulation on July 18, 2011 extending Plaintiff's deadline to September 15, 2011;

WHEREAS, Defendants do not oppose Plaintiff's request that the Court extend Plaintiff's deadline(s) to file said objections and/or motion until 30 days after the Court's Order on Plaintiff's Rule 59(a) and Rule 60 Motions;

WHEREAS, Federal Rule of Civil Procedure Rule 6(b) allows the Court to extend time, for good cause, if the request to extend time is made before the original time expires;

IT IS HEREBY STIPULATED that, with the Court's approval, Plaintiff may object to Defendants' Bill of Costs and file a motion to tax costs up to and including 30 days after the Court's Order on Plaintiff's Rule 59(a) and Rule 60 Motions.

    IT IS SO STIPULATED.

/ / / /

/ / / /

/ / / /

/ / / /

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 14, 2011 | YORK LAW CORPORATION |
|   |   |
|   | By: /s/ _____ |
|   |     WENDY C. YORK |
|   |     JENNIFER B. EULER |
|   |     Attorneys for Plaintiff ROBERT WATTS |
| Dated: September 14, 2011 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   |   |
|   | By /s/ _____ |
|   |     SONIA MARTIN |
|   |     Attorneys for Attorneys for Defendants |
|   |     ALLSTATE INDEMNITY COMPANY, |
|   |     ALLSTATE INSURANCE COMPANY, and |
|   |     ALLSTATE PROPERTY AND CASUALTY |
|   |     INSURANCE COMPANY |

IT IS SO ORDERED.

Dated:  September 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS