WENDY C. YORK (State Bar No. 166864)
JENNIFER B. EULER (State Bar No. 232378)
YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
Telephone: (916) 643-2200
Facsimile: (916) 643-4680
Email:     wyork@yorklawcorp.com
           jeuler@yorklawcorp.com

KIMBERLY A. KRALOWEC, (State Bar No. 163158)
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
Email:     kkralowec@kraloweclaw.com

Attorneys for Plaintiff
ROBERT WATTS


MARK HANOVER (*Pro Hoc Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:     smartin@sonnenschein.com
           mhanover@sonnenschein.com

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois | CASE NO.: 2:08-CV-01877-LKK-KJN<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS**<br><br>Place:   Courtroom 4, 15th Floor<br>Judge:   Hon. Lawrence K. Karlton |

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS
AND MOTION TO TAX COSTS

corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,

        Defendants.

        Plaintiff Robert Watts and Defendants Allstate, by and through their respective counsel of record, hereby stipulate and agree as follows:

        WHEREAS, the Court entered judgment in the present action on May 12, 2011 against Robert Watts;

        WHEREAS, Defendants filed a Bill of Costs on May 26, 2011 pursuant to Local Rule 292;

        WHEREAS, Plaintiff will file objections to Defendants' Bill of Costs;

        WHEREAS, the parties entered into a stipulation to extend Plaintiff's deadline to file his objections and motion to tax costs on September 15, 2011;

        WHEREAS, this Court signed the stipulation on July 18, 2011 extending Plaintiff's deadline to September 15, 2011;

        WHEREAS, Defendants do not oppose Plaintiff's request that the Court extend Plaintiff's deadline(s) to file said objections and/or motion until 30 days after the Court's Order on Plaintiff's Rule 59(a) and Rule 60 Motions;

        WHEREAS, Federal Rule of Civil Procedure Rule 6(b) allows the Court to extend time, for good cause, if the request to extend time is made before the original time expires;

        IT IS HEREBY STIPULATED that, with the Court's approval, Plaintiff may object to Defendants' Bill of Costs and file a motion to tax costs up to and including 30 days after the Court's Order on Plaintiff's Rule 59(a) and Rule 60 Motions.

        IT IS SO STIPULATED.

/ / / /

/ / / /

/ / / /

/ / / /

Respectfully submitted,

Dated: September 14, 2011                YORK LAW CORPORATION


By: /s/ _____
   WENDY C. YORK
   JENNIFER B. EULER
   Attorneys for Plaintiff ROBERT WATTS

Dated: September 14, 2011                SONNENSCHEIN NATH & ROSENTHAL LLP


By**/s/** _____
   SONIA MARTIN
   Attorneys for Attorneys for Defendants
   ALLSTATE INDEMNITY COMPANY,
   ALLSTATE INSURANCE COMPANY, and
   ALLSTATE PROPERTY AND CASUALTY
   INSURANCE COMPANY

IT IS SO ORDERED.

Dated:  September 15, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-
STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OBJECTIONS AND MOTION TO TAX COSTS