UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

                      NO. CIV. S-08-1877 LKK/GGH

    Plaintiff,

   v.

                      O R D E R

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

    Defendants.

_____/

    Following a status conference held in chambers on June 11, 2012, the court ORDERS as follows:

    [1] Plaintiffs SHALL file their motion for class certification no later than August 27, 2012.

    [2] Defendants have until September 27, 2012 to file their opposition and to move for an evidentiary hearing on class certification, if desired.

    [3] Plaintiffs MAY file a response to the opposition and to defendants' motion for an evidentiary hearing, if

1

1  any, no later than October 22, 2012.
2  [4] Upon completion of briefing by the parties, the
3  court will determine whether an evidentiary hearing is
4  necessary, and will set a date for the hearing on class
5  certification.
6  [5] The court notes that during the briefing period, it
7  will look with disfavor upon pointless disputes over
8  matters not central to class certification.
9  IT IS SO ORDERED.
10  DATED:  June 12, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT