UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

        Plaintiff,

    v.

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

        Defendants.
_____/

NO. CIV. S-08-1877 LKK/GGH

O R D E R

Following a status conference held in chambers on June 11, 2012, the court ORDERS as follows:

    [1] Plaintiffs SHALL file their motion for class certification no later than August 27, 2012.

    [2] Defendants have until September 27, 2012 to file their opposition and to move for an evidentiary hearing on class certification, if desired.

    [3] Plaintiffs MAY file a response to the opposition and to defendants' motion for an evidentiary hearing, if

1

1        any, no later than October 22, 2012.

2        [4] Upon completion of briefing by the parties, the
3        court will determine whether an evidentiary hearing is
4        necessary, and will set a date for the hearing on class
5        certification.

6        [5] The court notes that during the briefing period, it
7        will look with disfavor upon pointless disputes over
8        matters not central to class certification.

9    IT IS SO ORDERED.

10   DATED:  June 12, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT