WENDY C. YORK, SBN 166864
KIMBERLY J. BLACK, SBN 152095
YORK LAW CORPORATION
1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
Telephone:   (916) 643-2200
Facsimile: (916) 643-4680

KIMBERLY A. KRALOWEC, SBN 163158
KATHLEEN STYLES ROGERS, SBN 122853
ELIZABETH I. NEWMAN, SBN 257329
THE KRALOWEC LAW GROUP
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:   (415) 546-6800
Facsimile: (415) 546-6801

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>           Plaintiffs,<br>     vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | CASE NO.:  2:08-CV-1877 LKK-KJN<br><br>**ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:     TBA<br>Time:    TBA<br>Dept.:    Courtroom 4, 15th Floor<br>Before:  Hon. Lawrence K. Karlton |

**ORDER**

The *ex parte* application of plaintiff Robert Watts, in behalf of himself individually and all others similarly situated, has been reviewed and considered by the Court. Good cause appearing, IT IS ORDERED that plaintiff's application for leave to file a 33-page reply brief in support of his motion for class certification is GRANTED.

Dated: October 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT