UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WATTS, on behalf
of himself individually and
all others similarly situated,

          Plaintiff,

    v.

ALLSTATE INDEMNITY CO.,
an Illinois corporation, et al.,

          Defendants.

          NO. CIV. S-08-1877 LKK/GGH

          O R D E R

_____/

    Defendants previously filed a document entitled "Objections to and Motion to Strike Portions of the Declaration of Sandy Browne Filed in Support of Plaintiff's Motion for Class Certification," consisting of 23 pages of briefing and a 17 page chart of evidentiary objections attached as an exhibit. (ECF No. 349.)

    Plaintiff has now filed an ex parte application seeking leave to file a 45 page opposition brief to defendants' motion; the proposed brief includes as an exhibit a 44 page chart of responses to defendants' evidentiary objections. (ECF No. 376.)

1

As plaintiff's counsel correctly notes in its Ex Parte Application, the court's procedures provide as follows:

> Unless prior permission has been granted, memorandum of law and support of and in opposition to motions are limited to thirty (30) pages, and reply memorandum are limited to fifteen (15) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule.

Defendants' Objections (ECF No. 349) and plaintiff's proposed Response thereto (ECF No. 377) both violate this rule. The charts of evidentiary objections/responses, which consist largely of legal argument, count as part of the page limit.

The parties should keep in mind that all evidentiary objections are not created equal. The court has a finite amount of time and attention that it can devote to any matter. While a competent attorney can no doubt find and raise innumerable evidentiary objections to a given declaration, each additional objection decreases the time and attention that the court can devote to evaluating those that are truly meritorious and may be dispositive of an issue.

The parties are also reminded that the June 12, 2012 Order herein provides that the court "will look with disfavor upon pointless disputes over matters not central to class certification." (ECF No. 308.)

Turning to the docket herein, it appears that the matters pending before the court are:

- Plaintiff's motion for class certification. (ECF No. 313.) Defendants have filed an opposition, and a

request for an evidentiary hearing. (ECF No. 335.) Plaintiff has filed a reply, and an opposition to defendants' request for an evidentiary hearing. (ECF No. 366.)

- Defendants' motion to compel appraisal and stay action. (ECF No. 352.) Plaintiff has filed an opposition (ECF No. 375), and defendants have filed a reply (ECF No. 382).
- Defendants' request to seal certain documents. (ECF No. 328.) Plaintiff has filed an opposition. (ECF No. 333, 334.)
- Defendants' motion to strike and objections to the declaration of Reed F. Simpson in support of the motion for class certification. (ECF No. 350.) Plaintiff has filed an opposition (ECF No. 364), and defendants have filed a reply (ECF No. 381).
- Defendants' motion to strike and objections to the declaration of James Mathis in support of the motion for class certification. (ECF No. 351.) Plaintiff has filed an opposition (ECF No. 361), and defendants have filed a reply (ECF No. 384).
- Plaintiff's motion to strike and objections to the declaration of Tony Passwater in opposition to the motion for class certification. (ECF No. 362.)
- Plaintiff's motion to strike and objections to the declaration of Omar Menifee in opposition to the motion

1          for class certification. (ECF No. 363.)
2     • Plaintiff's motion to strike and objections to the
3       declaration of Daniel Davee in opposition to the motion
4       for class certification. (ECF No. 370.)
5     • Plaintiff's motion to strike and objections to the
6       declaration of Robert C. Lange in opposition to the
7       motion for class certification. (ECF No. 371.)
8     Accordingly, the court hereby orders as follows:
9     [1] Plaintiff's Ex Parte Application for Leave to File Overlength Response (ECF No. 376) is DENIED.
10    [2} Defendants' Objections to and Motion to Strike Portions of the Declaration of Sandy Browne Filed in Support of Plaintiff's Motion for Class Certification (ECF No. 349) is STRICKEN in its entirety. Defendants are granted LEAVE to file a new version of this document no later than December 10, 2012; this document may be no longer than thirty (30) pages in length. If defendants file a new version of this document, plaintiff may file an opposition thereto no later than December 21, 2012; this document may be no longer than thirty (30) pages in length. If plaintiff files an opposition, defendants may file a reply thereto no later than December 31, 2012; this document may be no longer than fifteen (15) pages in length.
11    [3] Oppositions to any outstanding unopposed motions must be FILED no later than December 15, 2012.
12    [4] Replies to any outstanding oppositions must be FILED no later than December 31, 2012. Counsel are urged to file reply

1  briefs only if necessary and are warned that the raising of
2  arguments for the first time in reply briefs will be grounds for
3  substantial monetary sanctions.
4      [5] A hearing on plaintiff's motion for class certification
5  (including the various motions to strike) and defendants' motion
6  to compel appraisal and stay this action is SET for Monday, January
7  14, 2013 at 10:00 A.M. in Courtroom 4. The court has not yet
8  ascertained whether an evidentiary hearing will be necessary to
9  decide the issue of class certification.
10     IT IS SO ORDERED.
11     DATED:  November 30, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5