UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY CO., an Illinois corporation, et al.,<br><br>      Defendans. | No. CIV. S-08-1877 LKK/KJN<br><br><br>**ORDER** |

The parties have filed a stipulation seeking dismissal of this action with prejudice "in accordance with the terms of the written Settlement Agreement entered into between the parties." (ECF No. 410.)

The stipulation further provides that "pursuant to the terms of the parties' Settlement Agreement, the Hon. Lawrence K. Karlton of the above-captioned Court (or the successor in Courtroom 4, or, if none, another District Court Judge of the above-captioned Court) shall retain jurisdiction to enforce the terms of the Settlement Agreement."

1

1    The parties appear not to have filed the referenced
2 Settlement Agreement with the court, and the court refuses to
3 retain jurisdiction over a Settlement Agreement that it has had
4 no opportunity to review. Accordingly, the court DECLINES to
5 enter the proposed order.
6    IT IS SO ORDERED.
7    DATED:  January 29, 2014.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2