WENDY C. YORK, SBN 166864
**YORK LAW CORPORATION**
1111 Exposition Blvd., Bldg. 500
Sacramento, California 95815
Telephone:  (916) 643-2200
Facsimile:   (916) 643-4680

KIMBERLY A. KRALOWEC, SBN 163158
ELIZABETH I. NEWMAN, SBN 257329
**THE KRALOWEC LAW GROUP**
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone:     (415) 546-6800
Facsimile: (415) 546-6801
Email: kkralowec@kraloweclaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.:  S-08-1877 LKK/GGH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) IT IS HEREBY STIPULATED, by and between Plaintiff ROBERT WATTS and Defendants ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an

1  Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an
2  Illinois corporation, by and through their respective counsel of record, that the entire above-
3  captioned action is dismissed with prejudice in accordance with the terms of the written Settlement
4  Agreement entered into between the parties.
5      IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and
6  costs.
7      IT IS HEREBY SO AGREED.

DATED:  February 12, 2014          YORK LAW CORPORATION

                                   By:    /s/
                                        WENDY C. YORK (SBN 166864)
                                        Attorneys for Plaintiff Robert Watts and the
                                        Putative Class

DATED:  February 10, 2014          THE KRALOWEC LAW GROUP

                                   By:    /s/
                                        KIMBERLY A. KRALOWEC
                                        Attorneys for Plaintiff Robert Watts and the
                                        Putative Class

DATED:  February 12, 2014          DENTONS US LLP

                                   By:    /s/
                                        MARK L. HANOVER
                                        Attorneys for Defendants

## ORDER

Based on the foregoing Stipulation, the Court orders as follows:

1. The entire above-captioned action is dismissed with prejudice; and
2. The parties shall bear their own attorneys' fees and costs.

IT IS HEREBY ORDERED.

DATED: February 19, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT